

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Federal Deposit Insurance Corporation as
Receiver for Guaranty Bank

              Civil Action No. 15-cv-6574

     Plaintiff

              **AFFIDAVIT OF SERVICE**

   v.

**CitiBank N.A.**

     Defendant
-----------------------------------------------------------X
STATE OF NEW YORK }
     S.S.
COUNTY OF NEW YORK}

  **HECTOR FIGUEROA**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not party to this action.

  That on the 24th day of August, 2015, at approximately the time of 3:03pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, RELATED CASE STATEMENT, INDIVIDUAL PRACTICES OF ANDREW L. CARTER, JR. AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS** upon **CitiBank N.A.** at 399 Park Avenue, New York, NY 10043 by personally delivering and leaving the same with **CLORISE BEASLEY,** who informed deponent that she holds the position of Customer Service Representative with that company and is authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



**CLORISE BEASLEY** is a black female, approximately 35 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 130 pounds with black hair and brown eyes wearing glasses.

_____
**HECTOR FIGUEROA, 0870141**

Sworn to before me this
26th day of August, 2015

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com