Carter, A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-11-15

FEDERAL DEPOSIT INSURANCE
CORPORATION, AS RECEIVER FOR
GUARANTY BANK,

        Plaintiff,

v.

CITIBANK N.A.,

        Defendant.

Case No. 15-cv-06574 (ALC)

**STIPULATION AND** ~~██████~~ **ORDER**

WHEREAS Plaintiff Federal Deposit Insurance Corporation ("Plaintiff") served its complaint (the "Complaint") in the above-captioned matter upon Defendant Citibank, N.A. ("Defendant") on August 21, 2015;

WHEREAS Defendant's deadline to respond to the Complaint is September 14, 2015;

WHEREAS Plaintiff has consented to allowing Defendant a 45-day extension to respond to the Complaint; and

WHEREAS Defendant has not sought any other extensions of its deadline to respond to the Complaint.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that Defendant's deadline to respond to the Complaint is extended to October 29, 2015.

Dated: New York, New York
       September 10, 2015

By: _____

David H. Wollmuth
Steven S. Fitzgerald
Ryan A. Kane
Robert T. Franciscovich
WOLLMUTH MAHER &

By: _____

Matthew D. Ingber
Christopher J. Houpt
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020

DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Phone: (212) 382-3300
Fax: (212) 382-0050
dwollmuth@wmd-law.com
sfitzgerald@wmd-law.com
rkane@wmd-law.com
rfranciscovich@wmd-law.com

*Attorneys for Plaintiff Federal
Deposit Insurance Corporation*

Telephone: (212) 506-2500
mingber@mayerbrown.com
choupt@mayerbrown.com
*Attorneys for Defendant
Citibank, N.A.*

So Ordered:

*/s/ Andrew L. Carter Jr.*
Hon. Andrew L. Carter Jr.

Dated: September 11, 2015

2